BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAIRD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAYMOND LAIRD,<br><br>                Defendant. | No. CR-02-0281 VRW<br><br>**STIPULATION REGARDING SENTENCE REDUCTION UNDER U.S.S.G. AMENDMENT 706 (AS AMENDED BY 711)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   25

   Criminal History Category:   III

   Guideline Range:   70-87

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 70 months imprisonment on December 16, 2003.

4. Defendant's current projected release date is March 31, 2008.

1. 5. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.
2. 6. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   23
   Criminal History Category:   III
   Guideline Range:   57-71

3. 7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.
4. 8. Based upon the foregoing, the parties hereby stipulate that a sentence of 60 months is appropriate in this matter.
5. 9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.
6. 10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).
7. 11. Defendant waives his right to appeal the district court's sentence.
8. 12. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and

//
//
//
//
//

USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:

/S/

Date: 3/18/08

Rebecca Sullivan Silbert
Counsel for Raymond Laird

/S/

Date: 3/5/08

Brian Stretch
Assistant United States Attorney

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of **60 months**. All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

    Total Offense Level:   25

    Criminal History Category:   III

    Guideline Range:   70-87

    Mandatory Minimum: 60 months

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

1  3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

2  Guidelines Manual;

3  5.   Defendant's revised guideline calculation is as follows:

4       Total Offense Level:   23

5       Criminal History Category:   III

6       Guideline Range:   57-71

7  6.   Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

8       18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*

9       *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.

10      2007).

11 7.   Defendant has waived his right to appeal the sentenced imposed by this Order.

Date: March 19, 2008

_____
Honorable Vaughn R. Walker
Chief Judge, United States District Court